# United States Bankruptcy Court
## Western District of Tennessee

In re **Donal Martin McDonagh**
**Michele Rawls McDonagh**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Donal Martin McDonagh** | S.S.# **xxx-xx-4108** |
| | (W) **Michele Rawls McDonagh** | S.S.# **xxx-xx-1120** |
| ADDRESS: | **2416 Sanders Ridge** | |
| | **Germantown, TN 38138-6144** | |

PLAN PAYMENT: Debtor(s) to pay $ **1,550.00** (monthly)
PAYROLL DEDUCTION: OR (**X**) DIRECT PAY
BECAUSE: **Debtor's commission amounts are not consistent**
FIRST PAYMENT DATE: **Upon notice**
PLACE OF EMPLOYMENT: **Konica Minolta Business Solutions** Spouse's Employer: Turas, LLC
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | (**X**) Not included in Plan ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

**Trust One Bank (Secured by 2416 Sanders Ridge)**
Ongoing pmt. Begin $ **CURRENT**
Approx. arrearage **0.00** Interest **0.00** % $ **0.00**

**Trust One Bank (Secured by 2416 Sanders Ridge)**
Ongoing pmt. Begin $ **CURRENT**
Approx. arrearage **0.00** Interest **0.00** % $ **0.00**

**Trust One Bank (Secured by 2416 Sanders Ridge)**
Ongoing pmt. Begin $ **CURRENT**
Approx. arrearage **0.00** Interest **0.00** % $ **0.00**

SECURED CREDITORS;
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Chase Auto Finance Corp. (Secured by 2008 Chevrolet Suburban VIN: 3GNFC16J48G169587)** | $ **9,358.53** | **5.00** % | $ **250.00** |
| **Shelby County Trustee (Germantown taxes)** | $ **4,325.60** | **12.00** % | $ **100.00** |
| **Shelby County Trustee** | $ **30,198.76** | **12.00** % | $ **700.00** |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Pay **TBD** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$234,070.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
**-NONE-**:
**Assumed Leases**
**-NONE-**:
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

| DEBTOR'S ATTORNEY: | **J. D. Gentry**<br>**Gentry, Arnold & Mitchell, PLLC**<br>**5100 Poplar Avenue, Suite 2008**<br>**Memphis, TN 38137-2008**<br>**(901) 591-8800 Fax: (888) 492-4905**<br>**JGentry@GAMattorneys.com** |
|---|---|