**Dated: August 05, 2013**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| In re: | |
| DONAL MARTIN McDONAGH and MICHELE RAWLS McDONAGH | Case No. 12-27642 DSK |
| Debtor. | Chapter 13 |

---

CONSENT ORDER WITHDRAWING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY

---

This matter came before the Court on the Motion for Relief From the Automatic Stay of Trust One Bank, a division of Synovus Bank (Dkt. 33), and it appearing to the Court that by consent of the parties, the Motion may be withdrawn with the provision that in the event of a future payment default, the Motion may be placed back on the Court docket without the necessity for Trust One Bank to file a new motion for relief.

IT IS THEREFORE ORDERED, that by consent of the parties the Motion for Relief From the Automatic Stay by Trust One Bank is hereby withdrawn with the condition that in the

even of a future payment default Trust One Bank may renew its Motion by contacting the Court clerk without the necessity for filing a new motion for relief.

APPROVED:
/s/  Douglas M. Alrutz
Douglas M. Alrutz (BPR 11389)
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
Telephone: (901) 577-1000
*Attorneys for Trust One Bank, a division of Synovus Bank*


/s/  James D. Gentry (w/email permission)
James D. Gentry
Gentry Arnold & Mitchell, PLLC
5100 Poplar Avenue, Suite 2008
Memphis, TN 38137
*Attorneys for Debtors*

/s/    /s/ George W. Stevenson
George W. Stevenson
5350 Poplar Avenue, Suite 500
Memphis, TN 38119-3697
*Chapter 13 Trustee*


60425244.1