**Dated: April 17, 2014**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re:

DONAL MARTIN McDONAGH and
MICHELE RAWLS McDONAGH                    Case No. 12-27642 DSK

      Debtor.                              Chapter 13

CONSENT ORDER ON CLAIM OF TRUST ONE BANK,
A DIVISION OF SYNOVUS BANK

It appearing to the Court upon stipulation of the parties that Trust One Bank is the holder

of any unsecured claim in the amount of $94,396.80 filed herein as Claim No. 24.

It further appearing upon stipulation that said Claim is based on the guaranty of the

Debtor Donal McDonagh on an obligation owed by Turas, LLC.

It further appearing that Turas, LLC has made arrangements for payment of this Claim

outside of bankruptcy, and therefore, this Claim may be deleted for payment in this case.

IT IS THEREFORE ORDERED, that by consent of the parties, that the Claim of Trust One Bank, a division of Synovus Bank, filed in the amount of $94,396.80 is deleted from payment in this case due to outside payments made by the borrower Turas, LLC.

IT IS FURTHER ORDERED, that by consent of the parties, that the balances on any obligations owed by the Debtors to Trust One Bank, a division of Synovus Bank, shall survive discharge.


APPROVED:

/s/  Douglas M. Alrutz
Douglas M. Alrutz (BPR 11389)
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
Telephone: (901) 577-1000
*Attorneys for Trust One Bank, a division*
*of Synovus Bank*


/s/  James D. Gentry    (by D. Alrutz with email permission)
James D. Gentry
Gentry Arnold & Mitchell, PLLC
5100 Poplar Avenue, Suite 2008
Memphis, TN 38137
*Attorneys for Debtors*


        /s/ George W. Stevenson
/s/
George W. Stevenson
5350 Poplar Avenue, Suite 500
Memphis, TN 38119-3697
*Chapter 13 Trustee*


cc:    Debtor
       Debtor's Attorney
       Chapter 13 Trustee
       Douglas Alrutz, Attorney


61149636.1