**Dated: June 25, 2015**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

IN RE: MCDONAGH, DONAL MARTIN AND MICHELE RAWLS
**Debtor**

Case No. 12-27642

Chapter 13

### CONSENT ORDER MODIFYING PLAN (POST-PETITION)

It appears to the Court from the signatures hereto of James Gentry, the Attorney for the Debtor, and the Shelby County Trustee and from the entire record in this cause, that the Debtor's Plan should be amended to include and/or properly reflect the claim of the Shelby County Trustee.

IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED:

1. That the Debtor's plan is hereby amended in order to properly reflect the balance owed to the Shelby County Trustee under account number(s) G0231S0D000060 (2416 Sanders Ridge).

2. That this creditor , the Shelby County Trustee, be and said creditor is allowed to be paid as **Secured Class  @ 100%  with 12% interest per annum (pursuant to T.C.A. 67-5-2010)** in the amount of $7,187.60 at monthly installments determined by the Standing Chapter 13 Trustees for post-petition taxes due and payable for tax year(s) 2014.

3. That the Chapter 13 plan payments are increased accordingly.

Approved:

/s/ Elijah Noel, Jr.
Elijah Noel, Jr. (#8655)
Attorney for Shelby County Trustee

/s/James Gentry (By Permission)
Attorney for Debtor

/s/ George W. Stevenson
Chapter 13 Trustee

RETURN ADDRESS:
Elijah Noel, Jr.
Shelby County Trustee
157 Poplar Ave, 3rd Floor
Memphis, TN 38103

The undersigned individual hereby certifies that the listed should be served via first class U.S. mail, postage prepaid, via hand delivery, or email true and correct copies of the **Consent Order Modifying Plan (Post-Petition)** to all interested parties**:**

1. Donal Martin and Michele Rawls McDonagh, Debtor
2. James Gentry, Debtor's Attorney

   3. George Stevenson, Chapter 13 Trustee

        /s/ Drew Daniel_____
        Attorney /Movant Elijah Noel, Jr.
        Elmira S. Hord / Bankruptcy, Collection Department
        157 Poplar Ave, 3rd Floor
        Memphis, TN 38103
        (901) 432-4776