**WYATT**
WYATT, TARRANT & COMBS, LLP

1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120-4367
901.537.1000
Fax: 901.537.1010

Douglas M. Alrutz, Esq.
901.537.1071
Dalrutz@wyattfirm.com

Mail: P.O. Box 775000
Memphis, Tennessee 38177-5000

April 21, 2017

Ms. Tonya Lepone
Courtroom Deputy for Judge Kennedy
U.S. Bankruptcy Court, Western District of TN
200 Jefferson Avenue, Suite 410
Memphis, TN  38103

Re:   *In re: Donal Martin McDonagh and Michele Rawls McDonagh*
      Case No. 12-27642

Dear Ms. Lepone:

Pursuant to the prior Consent Order Conditionally Denying Motion for Relief From the Automatic Stay as entered at Docket No. 132 on August 24, 2016, please reset the Motion for Relief From the Automatic Stay by my client WestVue NPL Trust.

Thank you for your assistance.

Very truly yours,

WYATT, TARRANT & COMBS, LLP

*[signature]*

Douglas M. Alrutz, Esq.

DMA/kc