**Dated: January 11, 2018**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

In re:

**DONAL MARTIN McDONAGH and**
**MICHELE RAWLS McDONAGH**          **Case No. 12-27642 DSK**

**Debtor.**          **Chapter 13**

### ORDER WITHDRAWING MOTION FOR RELIEF
### FROM THE AUTOMATIC STAY

It appearing to the Court upon statement of counsel for WestVue NPL Trust by and through its servicer LongVue Mortgage Capital, Inc. (hereinafter "WestVue") that WestVue is no longer the holder of the note claim that was the basis of the pending Motion for Relief (Doc. 121); it further appearing that WestVue wishes to withdraw its pending Motion for Relief from the Automatic Stay Without Prejudice.

IT IS THEREFORE ORDERED that the Motion for Relief from the Automatic Stay by WestVue NPL Trust by and through its servicer LongVue Mortgage Capital, Inc. is hereby withdrawn without prejudice.

s/ Douglas M. Alrutz
Douglas M. Alrutz (BPR 11389)
Wyatt, Tarrant & Combs, LLP
1715 Aaron Brenner Dr., Ste. 800
Memphis, TN 38120-4367
Phone (901) 537-1000
Fax (901)537-1010

*Attorneys for WestVue NPL Trust*

s/ James D. Gentry/by DMA with email permission
James D. Gentry
Gentry Arnold & Mitchell, PLLC
5100 Poplar Avenue, Suite 2008
Memphis, TN 38137

*Attorneys for Debtors*

/s/ George W. Stevenson

George W. Stevenson
5350 Poplar Avenue, Suite 500
Memphis, TN 38119-3697

*Chapter 13 Trustee*

cc: Debtors
    James D. Gentry, Esq.
    George W. Stevenson, Chapter 13 Trustee
    Wilmington Savings Fund Society, FSB

61701482.1