**Fill in this information to identify the case:**

Debtor 1   DONAL MARTIN MCDONAGH

Debtor 2   MICHELE RAWLS MCDONAGH
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Tennessee

Case number   12-27642

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1

**Court claim no.** (if known): 21

**Last 4 digits** of any number you use to identify the debtor's account:   5  8  8  __

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☑ Yes. Date of the last notice: 12/27/2017

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | 01/05/2018 $15, 02/08/2018 $15, 04/04/2018 $15 | (7) | $ 45.00 |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 1

Debtor 1  __DONAL  MARTIN  MCDONAGH__   Case number *(if known)* __12-27642__
         First Name  Middle Name  Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ __/s/ Ankita Gupta__   Date __05/02/2018__
  Signature

Print: __Ankita Gupta__   Title __Claims Processor__
       First Name  Middle Name  Last Name

Company  __AIS Portfolio Services, LP__

Address  __P.O. Box 201347__
         Number  Street
         __Arlington__   __TX__   __76006__
         City   State   ZIP Code

Contact phone  __888-455-6662__   Email _____

Official Form 410S2   **Notice of Postpetition Mortgage Fees, Expenses, and Charges**   page **2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Western DISTRICT OF Tennessee
MEMPHIS Division

IN RE:

Judge:   David S. Kennedy
Case No. 12-27642

Case Name: Donal Martin Mcdonagh AND Michele Rawls Mcdonagh

Debtor(s).

## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

PLEASE BE ADVISED that on 05/02/2018 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3002.1(c) (the "Bankruptcy Rules"), SN Servicing Corporation filed a Notice of Postpetition Mortgage Fees, Expenses and Charges (the "Notice") on the Bankruptcy Court's Claims Register, supplementing SN Servicing Corporation's previously filed proof of claim. The Notice was filed within 180 days after the date on which the fees, expenses and/or charges were incurred by Donal Martin Mcdonagh AND Michele Rawls Mcdonagh. A copy of the Notice is attached hereto.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and all applicable Bankruptcy Rules. Further, a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, via Electronic Notice or by First Class U.S. Mail, postage prepaid, within 180 days after the date on which the fees, expenses and/or charges were incurred by Donal Martin Mcdonagh AND Michele Rawls Mcdonagh.

Donal Martin Mcdonagh AND Michele Rawls Mcdonagh
2416 SANDERS RIDGE
GERMANTOWN,TN 38138

Date: 05/02/2018

By: /s/ Ankita Gupta
Ankita Gupta, Claims Processor
P.O. Box 165028
Irving, TX 75016
(817) 277-2011 Office
(888) 455-6662 Toll Free
(817) 461-8070 Fax
Authorized Agent for Shellpoint Mortgage Servicing

**DEBTOR ATTORNEY:**
JAMES D GENTRY
GENTRY ARNOLD & MITCHELL PLLC
5100 POPLAR AVENUE SUITE 2008
MEMPHIS,TN 38137

**TRUSTEE:**
GEORGE W STEVENSON
Trustee of the U.S. Bankruptcy Court
5350 POPLAR AVENUE SUITE 500
MEMPHIS,TN 38119