B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

____Western____ District Of ____Tennessee____

In re __Donal Martin McDonagh and__    Case No. __12-27642__
     __Michele Rawls McDonagh__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __21-1__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on __5/17/18__ (date).

Name of Alleged Transferor

Trust One Bank, a division of Synovus Bank
Attn: Douglas M. Alrutz

Address of Alleged Transferor:

C/O Trust One Bank, a division of Synovus Bank Attn: Douglas M. Alrutz
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

Name of Transferee

US Bank Trust National Association, as Trustee of the SCIG Series III Trust

Address of Transferee:

C/O SN Servicing Corp. 323 5th Street Eureka, CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                      _____
                                                    **CLERK OF THE COURT**