**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Donal Martin McDonagh |
| Debtor 2 (Spouse, if filing) | Michele Rawls McDonagh |

United States Bankruptcy Court for the: Western District of Tennessee

Case number  12-27642

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, et al.

**Court claim no.** (if known): 21-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 4 6 0

**Date of payment change:**
Must be at least 21 days after date of this notice: 08/01/2018

**New total payment:** $ 6,201.79
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 6.00 %       New interest rate: 5.25 %
   Current principal and interest payment: $ 5,992.45       New principal and interest payment: $ 6,201.79

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Debtor 1  **Donal Martin McDonagh**
_____First Name_____Middle Name_____Last Name_____

Case number (*if known*) 12-27642

---

**Part 4:   Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Megan M. Lynch
Signature

Date  05/31/2018

Print:  Megan       M.       Lynch
        First Name  Middle Name  Last Name

Title  Bankruptcy Asset Manager

Company  SN Servicing Corporation

Address  323 5th Street
         Number    Street

         Eureka                    CA      95501
         City                      State   ZIP Code

Contact phone  800-603-0836

Email  bknotices@snsc.com

---

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

DONAL MARTIN MCDONAGH
2416 SANDERS RIDGE
GERMANTOWN TN 38138

May 18, 2018

RE: Loan Number:

## Subsequent Interest Rate Adjustment Notice

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE. TO THE EXTENT THAT YOU MAY HAVE RECEIVED A DISCHARGE IN BANKRUPTCY THIS COMMUNICATION SHOULD NOT BE CONSTRUED AS INTENT TO SUBJECT YOU TO PERSONAL LIABILITY FOR THE DISCHARGED DEBT.

### Changes to Your Mortgage Interest Rate and Payments on July 1, 2018

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a five-year period during which your interest rate stayed the same. That period ends on July 1, 2018, so on that date your interest rate and mortgage payment change. After that, your interest rate will not change every 5 years for the rest of your loan term.

|  | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 6.00% | 5.25% |
| Total Monthly Payment | $5,992.45 | $6,201.79 (due August 1, 2018) |

**IMPORTANT:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien.

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the 1 Yr Treas. Sec Wkly Avg and your margin is 3.00%. The 1 Yr Treas. Sec Wkly Avg index is published Weekly in The Federal Reserve. The index rate plus margin will be rounded to the nearest 0.125%.

**Rate Limits:** Your rate cannot go higher than 12.25%, or lower than 3.00% over the life of the loan. Your rate can increase every years by no more than 2.00%. Your rate can decrease every 5 years by no more than 2.00%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the 1 Yr Treas. Sec Wkly Avg index, your margin, your loan balance of $326,650.83, and your remaining loan term of 60 months.

**Prepayment Penalty:** None

Please continue to mail your payments as previously directed. The title and telephone number of a person who will answer any question you may have regarding this notice is:

Name: Katie Greene
Title: Asset Manager
Toll Free Number: (800) 603-0836, ext: 2715

*If your account is not contractually current, the new payment amount will not go into effect until your loan is due for 08/01/2018.

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF HUMBOLDT

I, Megan M. Lynch, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 323 Fifth Street, Eureka, California 95501.

On May 31st 2018 I served the within NOTICE OF MORTGAGE PAYMENT CHANGE on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States mail at Eureka, California, addressed as follows:

Donal and Michele Mcdonagh
2416 Sanders Ridge
Germantown, TN 38138-6144

George W. Stevenson
5350 Poplar Avenue, Suite 500
Memphis, TN 38119-3697

James D. Gentry
5100 Poplar Avenue, Suite 2008
Memphis, TN 38137

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 31st 2018 at Eureka, California.

/s/ Megan M. Lynch
Megan M. Lynch